**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: FARIS, ISMAIL A. | § Case No. 13-28399-BWB |
| | § |
| | § |
| Debtor(s) | § |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 16, 2013. The undersigned trustee was appointed on July 16, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $         90,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 15,330.32 |
   | Bank service fees | 875.41 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]   $ | 73,794.27 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 11/13/2013 and the deadline for filing governmental claims was 01/12/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $7,750.00, for a total compensation of $7,750.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $2,509.70, for total expenses of $2,509.70.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/01/2016          By: /s/THOMAS B. SULLIVAN, TRUSTEE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-28399-BWB  **Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE
**Case Name:** FARIS, ISMAIL A.  **Filed (f) or Converted (c):** 07/16/13 (f)
  **§341(a) Meeting Date:** 08/08/13
**Period Ending:** 06/01/16  **Claims Bar Date:** 11/13/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) **Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  305-349 E Rand, Property held in Land Trust at D  Imported from original petition Doc# 1 | 175,000.00 | 175,000.00 | | 0.00 | FA |
| 2  Misc Cash  Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 3  Bank account with Chase Bank # 3233  Imported from original petition Doc# 1 | 175.00 | 0.00 | | 0.00 | FA |
| 4  Misc Household Goods, Computer, Electronic Equip  Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 5  Misc Books & Pictures  Imported from original petition Doc# 1 | 150.00 | 0.00 | | 0.00 | FA |
| 6  Misc Clothing  Imported from original petition Doc# 1 | 350.00 | 0.00 | | 0.00 | FA |
| 7  Misc Jewelry  Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 8  IRA with Vanguard  Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 9  401(k) with Fidelity  Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 10  Pension with former employer  Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 11  64% interest in AIM Restaurant Ventures Inc.  Imported from original petition Doc# 1 | 1.00 | 0.00 | | 0.00 | FA |
| 12  12.5% interest in Arlington Heights Promenade Pa  Imported from original petition Doc# 1 | 85,000.00 | 0.00 | | 90,000.00 | FA |
| 13  60% interest in Salisbury Properties LLC  Imported from original petition Doc# 1 | 1.00 | 0.00 | | 0.00 | FA |
| 14  2009 Nissan Altima - held in j/t with son-in-law  Imported from original petition Doc# 1 | 3,250.00 | 0.00 | | 0.00 | FA |
| 15  2008 Nissan Altima - held in j/t with son-in-law  Imported from original petition Doc# 1 | 1.00 | 0.00 | | 0.00 | FA |
| **15  Assets  Totals** (Excluding unknown values) | **$265,178.00** | **$175,000.00** | | **$90,000.00** | **$0.00** |

Printed: 06/01/2016 06:01 PM    V.13.25

Exhibit A

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-28399-BWB  **Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE
**Case Name:** FARIS, ISMAIL A.  **Filed (f) or Converted (c):** 07/16/13 (f)
  **§341(a) Meeting Date:** 08/08/13
**Period Ending:** 06/01/16  **Claims Bar Date:** 11/13/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

AWAITING FEE APP FROM COUNSEL; FINAL TAX RETURNS TO BE PREPARED; TFR TO FOLLOW

APPRAISER EMPLOYED NOVEMBER 22, 2013; INVESTIGATING VALUE AND LIQUIDATION OF SHOPPING CENTER; ADVERSARY PENDING; JUST REMOVED TO DISTRICT COURT

**Initial Projected Date Of Final Report (TFR):**   December 31, 2014    **Current Projected Date Of Final Report (TFR):**   September 30, 2016

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-28399-BWB  
**Case Name:** FARIS, ISMAIL A.  
**Taxpayer ID #:** **-***9729  
**Period Ending:** 06/01/16

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5166 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/27/15 | {12} | ARLINGTON HEIGHTS PROMENADE PARTNERSHIP | SALE OF PARTNERSHIP PER ORDER OF 9/18/15 DOC 31 | 1129-000 | 85,000.00 | | 85,000.00 |
| 10/23/15 | {12} | ARLINGTON HEIGHTS PROMENADE PARTNERSHIP | EARNEST MONEY | 1129-000 | 5,000.00 | | 90,000.00 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 123.21 | 89,876.79 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 124.96 | 89,751.83 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 142.01 | 89,609.82 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 124.26 | 89,485.56 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 124.07 | 89,361.49 |
| 03/07/16 | 101 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2015 FOR CASE #13-28399, Bond No. 10BSBGR6291 | 2300-000 | | 54.77 | 89,306.72 |
| 03/07/16 | 102 | Law Offices of William J. Factor | FEES & EXPENSES TO ATTORNEY FOR TRUSTEE | | | 15,275.55 | 74,031.17 |
| | | | FEES     14,995.00 | 3210-000 | | | 74,031.17 |
| | | | EXPENSES     280.55 | 3220-000 | | | 74,031.17 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 134.44 | 73,896.73 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 102.46 | 73,794.27 |
| | | | **ACCOUNT TOTALS** | | 90,000.00 | 16,205.73 | **$73,794.27** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 90,000.00 | 16,205.73 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$90,000.00** | **$16,205.73** | |

Net Receipts :  90,000.00  
Net Estate :  $90,000.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******5166** | 90,000.00 | 16,205.73 | 73,794.27 |
| | **$90,000.00** | **$16,205.73** | **$73,794.27** |

{} Asset reference(s)

Printed: 06/01/2016 06:01 PM   V.13.25

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** November 13, 2013

**Case Number:** 13-28399-BWB  
**Debtor Name:** FARIS, ISMAIL A.

Page: 1

**Date:** June 1, 2016  
**Time:** 06:01:49 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| BOND 200 | ARTHUR B. LEVINE COMPANY<br>60 EAST 42ND STREET<br>ROOM 965<br>NEW YORK, NY 10165 | Admin Ch. 7 | | $54.77 | $54.77 | 0.00 |
| ADMIN 200 | THOMAS B. SULLIVAN<br>1900 Ravinia Place<br>Orland Park, IL 60462 | Admin Ch. 7 | APPRAISAL FEE | $2,509.70 | $0.00 | 2,509.70 |
| ADMIN1 200 | THOMAS B. SULLIVAN, TRUSTEE<br>105 W Madison<br>Suite 1500<br>Chicago, IL 60602 | Admin Ch. 7 | | $7,750.00 | $0.00 | 7,750.00 |
| ADMIN2 200 | Law Offices of William J. Factor<br>105 W. Madison<br>Suite 1500<br>Chicago, IL 60602 | Admin Ch. 7 | | $14,995.00 | $14,995.00 | 0.00 |
| ADMIN3 200 | Law Offices of William J. Factor<br>105 W. Madison<br>Suite 1500<br>Chicago, IL 60602 | Admin Ch. 7 | | $280.55 | $280.55 | 0.00 |
| ADMIN4 200 | Alan D. Lasko<br>Alan D. Lasko & Associates,P.C<br>205 W. Randolph, Suite 1150<br>Chicago, IL 60606 | Admin Ch. 7 | | $2,034.40 | $0.00 | 2,034.40 |
| ADMIN5 200 | Alan D. Lasko<br>Alan D. Lasko & Associates,P.C<br>205 W. Randolph, Ste 1150<br>Chicago, IL 60606 | Admin Ch. 7 | | $22.69 | $0.00 | 22.69 |
| ADMIN6 200 | Clerk Of The U.S. Bankruptcy Court<br>219 S. Dearborn<br>Chicago, IL 60604 | Admin Ch. 7 | | $350.00 | $0.00 | 350.00 |
| 1 610 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $19,221.17 | $0.00 | 19,221.17 |
| 2 610 | Konstantine Sparagis<br>Law Offices of Konstantine Sparagis, PC<br>900 W Jackson Blvd, Ste 4E<br>Chicago, IL 60607 | Unsecured | | $4,912.50 | $0.00 | 4,912.50 |
| 3 610 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $11,853.80 | $0.00 | 11,853.80 |
| 4 610 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Unsecured | | $75.77 | $0.00 | 75.77 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** November 13, 2013

**Case Number:** 13-28399-BWB  
**Debtor Name:** FARIS, ISMAIL A.

Page: 2

**Date:** June 1, 2016  
**Time:** 06:01:49 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5<br>610 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $692.95 | $0.00 | 692.95 |
| 6<br>610 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | | $15,676.38 | $0.00 | 15,676.38 |
| 7 -2<br>610 | Wells Fargo Bank, N. A., through Hudson<br>Americas<br>c/o Chapman and Cutler LLP,Attn:<br>Jennifer Majewski,111 W. Monroe St., 16t<br>Chicago, IL 60603 | Unsecured | | $790,532.25 | $0.00 | 790,532.25 |
| 8<br>610 | BMO Harris Bank N.A.<br>Attn: Retail Collections BRK-180-RC<br>770 N. Water Street<br>Milwaukee, WI 53202-3593 | Unsecured | | $15,290.24 | $0.00 | 15,290.24 |
| **<< Totals >>** | | | | 886,252.17 | 15,330.32 | 870,921.85 |

**TRUSTEE'S PROPOSED DISTRIBUTION**   Exhibit D

Case No.: 13-28399-BWB
Case Name: FARIS, ISMAIL A.
Trustee Name: THOMAS B. SULLIVAN, TRUSTEE

**Balance on hand:** $ 73,794.27

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 73,794.27

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 7,750.00 | 0.00 | 7,750.00 |
| Trustee, Expenses - THOMAS B. SULLIVAN | 2,509.70 | 0.00 | 2,509.70 |
| Attorney for Trustee, Fees - Law Offices of William J. Factor | 14,995.00 | 14,995.00 | 0.00 |
| Attorney for Trustee, Expenses - Law Offices of William J. Factor | 280.55 | 280.55 | 0.00 |
| Accountant for Trustee, Fees - Alan D. Lasko | 2,034.40 | 0.00 | 2,034.40 |
| Accountant for Trustee, Expenses - Alan D. Lasko | 22.69 | 0.00 | 22.69 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |
| Other Expenses: ARTHUR B. LEVINE COMPANY | 54.77 | 54.77 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 12,666.79
Remaining balance: $ 61,127.48

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 61,127.48

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for priority claims: | $ 0.00 |
|---|---|---|
| | Remaining balance: | $ 61,127.48 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 858,255.06 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 19,221.17 | 0.00 | 1,368.99 |
| 2 | Konstantine Sparagis | 4,912.50 | 0.00 | 349.88 |
| 3 | Capital One Bank (USA), N.A. | 11,853.80 | 0.00 | 844.26 |
| 4 | American InfoSource LP as agent for | 75.77 | 0.00 | 5.40 |
| 5 | Capital Recovery V, LLC | 692.95 | 0.00 | 49.35 |
| 6 | eCAST Settlement Corporation, assignee | 15,676.38 | 0.00 | 1,116.52 |
| 7 -2 | Wells Fargo Bank, N. A., through Hudson Americas | 790,532.25 | 0.00 | 56,304.06 |
| 8 | BMO Harris Bank N.A. | 15,290.24 | 0.00 | 1,089.02 |

| | Total to be paid for timely general unsecured claims: | $ 61,127.48 |
|---|---|---|
| | Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**