IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **Ismail Faris** | ) | No. 13 B 28399 |
| | ) | |
| Debtor(s). | ) | |

## PROOF OF SERVICE

TO:   See Attached

    I, THOMAS B. SULLIVAN, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on July 18, 2016 by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

                            BY:/s/ Thomas B. Sullivan
                                  Ch 7 Bankruptcy Trustee

Service List:

Discover Bank
DB Servicing Corporation, LLC
P.O. Box 3025
New Albany, OH   43054-3025

Konstantine Sparagis
Law Ofc of Konstantine Sparagis, PC
900 W. Jackson Blvd, Ste 4E
Chicago, IL 60607

Capital One Bank USA NA
By American Infosource LP as Agent
P.O. Box 71083
Charlotte, NC   28272-1083

American Info Source Lp as agent for
TMobiel/T-Mobile USA, Inc.
P.O. Box 248848
Oklahoma City, OK   73124-8848

Capital Recovery V, LLC
c/o Recovery Mgmt Systems Corp
25 SE 2nd Avenue, Ste 1120
Miami, FL   33131

eCast Settlement Corp, assignee of
Chase Bank USA NA
P.O. Box 29262
New York, NY   10087-9262

Wells Fargo Bank, NA through Hudson Americas
c/o Chapman & Cutler, LLP
Attn:   Jennifer Majewski
111 W. Monroe Street, 16th Floor
Chicago, IL   60603

BMO Harris Bank NA
Attn:   Retail Collections BRK-180-RC
770 N Water Street
Milwaukee, WI   53202-3593

Ismail Faris
22499 Aster Drive
Frankfort, IL   60423

John Reed
barbf@thebankruptcylaw.com

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov