# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: FARIS, ISMAIL A. § Case No. 13-28399-BWB
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $180,178.00    Assets Exempt: $5,175.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $61,127.48    Claims Discharged
Without Payment: $797,127.58

Total Expenses of Administration: $28,872.52

3) Total gross receipts of $ 90,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $90,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 28,872.52 | 28,872.52 | 28,872.52 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 858,255.06 | 858,255.06 | 61,127.48 |
| **TOTAL DISBURSEMENTS** | $0.00 | $887,127.58 | $887,127.58 | $90,000.00 |

4) This case was originally filed under Chapter 7 on July 16, 2013. The case was pending for 40 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/10/2016         By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 12.5% interest in Arlington Heights Promenade Pa | 1129-000 | 90,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$90,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ARTHUR B. LEVINE COMPANY | 2300-000 | N/A | 54.77 | 54.77 | 54.77 |
| THOMAS B. SULLIVAN | 2200-000 | N/A | 2,509.70 | 2,509.70 | 2,509.70 |
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 7,750.00 | 7,750.00 | 7,750.00 |
| Law Offices of William J. Factor | 3210-000 | N/A | 14,995.00 | 14,995.00 | 14,995.00 |
| Law Offices of William J. Factor | 3220-000 | N/A | 280.55 | 280.55 | 280.55 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Alan D. Lasko | 3410-000 | N/A | 2,034.40 | 2,034.40 | 2,034.40 |
| Alan D. Lasko | 3420-000 | N/A | 22.69 | 22.69 | 22.69 |
| Clerk Of The U.S. Bankruptcy Court | 2700-000 | N/A | 350.00 | 350.00 | 350.00 |
| Rabobank, N.A. | 2600-000 | N/A | 123.21 | 123.21 | 123.21 |
| Rabobank, N.A. | 2600-000 | N/A | 124.96 | 124.96 | 124.96 |
| Rabobank, N.A. | 2600-000 | N/A | 142.01 | 142.01 | 142.01 |
| Rabobank, N.A. | 2600-000 | N/A | 124.26 | 124.26 | 124.26 |
| Rabobank, N.A. | 2600-000 | N/A | 124.07 | 124.07 | 124.07 |
| Rabobank, N.A. | 2600-000 | N/A | 134.44 | 134.44 | 134.44 |
| Rabobank, N.A. | 2600-000 | N/A | 102.46 | 102.46 | 102.46 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $28,872.52 | $28,872.52 | $28,872.52 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 19,221.17 | 19,221.17 | 1,368.99 |
| 2 | Konstantine Sparagis | 7100-000 | N/A | 4,912.50 | 4,912.50 | 349.88 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 11,853.80 | 11,853.80 | 844.26 |
| 4 | American InfoSource LP as agent for | 7100-000 | N/A | 75.77 | 75.77 | 5.40 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | Capital Recovery V, LLC | 7100-000 | N/A | 692.95 | 692.95 | 49.35 |
| 6 | eCAST Settlement Corporation, assignee | 7100-000 | N/A | 15,676.38 | 15,676.38 | 1,116.52 |
| 7 -2 | Wells Fargo Bank, N. A., through Hudson Americas | 7100-000 | N/A | 790,532.25 | 790,532.25 | 56,304.06 |
| 8 | BMO Harris Bank N.A. | 7100-000 | N/A | 15,290.24 | 15,290.24 | 1,089.02 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $858,255.06 | $858,255.06 | $61,127.48 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-28399-BWB  
**Case Name:** FARIS, ISMAIL A.  

**Period Ending:** 11/10/16

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 07/16/13 (f)  
**§341(a) Meeting Date:** 08/08/13  
**Claims Bar Date:** 11/13/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 305-349 E Rand, Property held in Land Trust at D  Imported from original petition Doc# 1 | 175,000.00 | 175,000.00 | | 0.00 | FA |
| 2 Misc Cash  Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 3 Bank account with Chase Bank # 3233  Imported from original petition Doc# 1 | 175.00 | 0.00 | | 0.00 | FA |
| 4 Misc Household Goods, Computer, Electronic Equip  Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 Misc Books & Pictures  Imported from original petition Doc# 1 | 150.00 | 0.00 | | 0.00 | FA |
| 6 Misc Clothing  Imported from original petition Doc# 1 | 350.00 | 0.00 | | 0.00 | FA |
| 7 Misc Jewelry  Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 8 IRA with Vanguard  Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 9 401(k) with Fidelity  Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 10 Pension with former employer  Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 11 64% interest in AIM Restaurant Ventures Inc.  Imported from original petition Doc# 1 | 1.00 | 0.00 | | 0.00 | FA |
| 12 12.5% interest in Arlington Heights Promenade Pa  Imported from original petition Doc# 1 | 85,000.00 | 0.00 | | 90,000.00 | FA |
| 13 60% interest in Salisbury Properties LLC  Imported from original petition Doc# 1 | 1.00 | 0.00 | | 0.00 | FA |
| 14 2009 Nissan Altima - held in j/t with son-in-law  Imported from original petition Doc# 1 | 3,250.00 | 0.00 | | 0.00 | FA |
| 15 2008 Nissan Altima - held in j/t with son-in-law  Imported from original petition Doc# 1 | 1.00 | 0.00 | | 0.00 | FA |
| **15 Assets Totals** (Excluding unknown values) | **$265,178.00** | **$175,000.00** | | **$90,000.00** | **$0.00** |

Printed: 11/10/2016 06:58 PM    V.13.29

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-28399-BWB  **Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE
**Case Name:** FARIS, ISMAIL A.  **Filed (f) or Converted (c):** 07/16/13 (f)
 **§341(a) Meeting Date:** 08/08/13
**Period Ending:** 11/10/16  **Claims Bar Date:** 11/13/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities Affecting Case Closing:**

SUBMITTED TDR TO US TEE

AWAITING FEE APP FROM COUNSEL; FINAL TAX RETURNS TO BE PREPARED; TFR TO FOLLOW

APPRAISER EMPLOYED NOVEMBER 22, 2013; INVESTIGATING VALUE AND LIQUIDATION OF SHOPPING CENTER; ADVERSARY PENDING; JUST REMOVED TO DISTRICT COURT

**Initial Projected Date Of Final Report (TFR):** December 31, 2014  **Current Projected Date Of Final Report (TFR):** July 14, 2016 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-28399-BWB  
**Case Name:** FARIS, ISMAIL A.  
**Taxpayer ID #:** **-***9729  
**Period Ending:** 11/10/16

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5166 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/27/15 | {12} | ARLINGTON HEIGHTS PROMENADE PARTNERSHIP | SALE OF PARTNERSHIP PER ORDER OF 9/18/15 DOC 31 | 1129-000 | 85,000.00 | | 85,000.00 |
| 10/23/15 | {12} | ARLINGTON HEIGHTS PROMENADE PARTNERSHIP | EARNEST MONEY | 1129-000 | 5,000.00 | | 90,000.00 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 123.21 | 89,876.79 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 124.96 | 89,751.83 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 142.01 | 89,609.82 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 124.26 | 89,485.56 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 124.07 | 89,361.49 |
| 03/07/16 | 101 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2015 FOR CASE #13-28399, Bond No. 10BSBGR6291 | 2300-000 | | 54.77 | 89,306.72 |
| 03/07/16 | 102 | Law Offices of William J. Factor | FEES & EXPENSES TO ATTORNEY FOR TRUSTEE | | | 15,275.55 | 74,031.17 |
| | | | FEES                        14,995.00 | 3210-000 | | | 74,031.17 |
| | | | EXPENSES                       280.55 | 3220-000 | | | 74,031.17 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 134.44 | 73,896.73 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 102.46 | 73,794.27 |
| 08/30/16 | 103 | THOMAS B. SULLIVAN | Dividend paid 100.00% on $2,509.70, Trustee Expenses; Reference: | 2200-000 | | 2,509.70 | 71,284.57 |
| 08/30/16 | 104 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $7,750.00, Trustee Compensation; Reference: | 2100-000 | | 7,750.00 | 63,534.57 |
| 08/30/16 | 105 | Alan D. Lasko | Dividend paid 100.00% on $2,034.40, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 2,034.40 | 61,500.17 |
| 08/30/16 | 106 | Alan D. Lasko | Dividend paid 100.00% on $22.69, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 22.69 | 61,477.48 |
| 08/30/16 | 107 | Clerk Of The U.S. Bankruptcy Court | Dividend paid 100.00% on $350.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 350.00 | 61,127.48 |
| 08/30/16 | 108 | Discover Bank | Dividend paid   7.12% on $19,221.17; Claim# 1; Filed: $19,221.17; Reference: | 7100-000 | | 1,368.99 | 59,758.49 |
| 08/30/16 | 109 | Konstantine Sparagis | Dividend paid   7.12% on $4,912.50; Claim# 2; Filed: $4,912.50; Reference: | 7100-000 | | 349.88 | 59,408.61 |
| 08/30/16 | 110 | Capital One Bank (USA), N.A. | Dividend paid   7.12% on $11,853.80; Claim# 3; Filed: $11,853.80; Reference: | 7100-000 | | 844.26 | 58,564.35 |
| 08/30/16 | 111 | American InfoSource LP as agent for | Dividend paid   7.12% on $75.77; Claim# 4; Filed: $75.77; Reference: | 7100-000 | | 5.40 | 58,558.95 |

Subtotals :      $90,000.00      $31,441.05

{} Asset reference(s)

Printed: 11/10/2016 06:58 PM     V.13.29

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 13-28399-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| --- | --- | --- | --- | --- |
| Case Name: | FARIS, ISMAIL A. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5166 - Checking Account |
| Taxpayer ID #: | **-***9729 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 11/10/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/30/16 | 112 | Capital Recovery V, LLC | Dividend paid  7.12% on $692.95; Claim# 5; Filed: $692.95; Reference: | 7100-000 | | 49.35 | 58,509.60 |
| 08/30/16 | 113 | eCAST Settlement Corporation, assignee | Dividend paid  7.12% on $15,676.38; Claim# 6; Filed: $15,676.38; Reference: | 7100-000 | | 1,116.52 | 57,393.08 |
| 08/30/16 | 114 | Wells Fargo Bank, N. A., through Hudson Americas | Dividend paid  7.12% on $790,532.25; Claim# 7 -2; Filed: $790,532.25; Reference: | 7100-000 | | 56,304.06 | 1,089.02 |
| 08/30/16 | 115 | BMO Harris Bank N.A. | Dividend paid  7.12% on $15,290.24; Claim# 8; Filed: $15,290.24; Reference: | 7100-000 | | 1,089.02 | 0.00 |
| | | | ACCOUNT TOTALS | | 90,000.00 | 90,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 90,000.00 | 90,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$90,000.00** | **$90,000.00** | |

|  Net Receipts : | 90,000.00 |
| --- | --- |
|  Net Estate : | $90,000.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **Checking # ******5166** | 90,000.00 | 90,000.00 | 0.00 |
| | **$90,000.00** | **$90,000.00** | **$0.00** |

{} Asset reference(s)